UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

VS                                                                 3:99cr4/LAC

MICHAEL COVINGTON

---

AMENDED ORDER AMENDING CONDITIONS OF RELEASE

After hearing testimony during the detention hearing, it is hereby ordered that the defendant is released on the same previously set conditions, with the addition of the following:

The defendant shall submit to random drug testing twice a week.

DONE AND ORDERED this 19TH day of November, 2007, in Pensacola, Florida.

MILES DAVIS
United States Magistrate Judge